PROB 22
(Rev. 2/88)

**DOCKET NUMBER *(Tran. Court)***
0645 2:18CR20411

# TRANSFER OF JURISDICTION

**DOCKET NUMBER *(Rec. Court)***
1:22PT00019

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Paul Lucki Smith | Eastern District of Michigan | Detroit |

| | NAME OF SENTENCING JUDGE |
|---|---|
| | Honorable Bernard A. Friedman |

| DATES OF PROBATION/ SUPERVISED RELEASE | FROM | TO |
|---|---|---|
| | 7/7/2022 | 7/6/2024 |

**OFFENSE**
Count 1: 18 U.S.C. § 1347 - Health Care Fraud
Count 14: 18 U.S.C. § 1957 – Money Laundering/Multiple Monetary Transactions

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE    EASTERN    DISTRICT OF    MICHIGAN

IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the  Western District of Michigan  upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

| **July 14, 2022** | **s/Bernard A. Friedman** |
|---|---|
| *Date* | *Senior United States District Judge* |

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF MICHIGAN

IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

| August 8, 2022 | /s/ Paul L. Maloney |
|---|---|
| *Effective Date* | *United States District Judge* |